IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-mj-001057-BNB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RORY A. ROJAS,

        Defendant.

---

**ORDER VACATING PROBATION VIOLATION HEARING AND
MODIFYING CONDITIONS OF PROBATION**

---

THIS MATTER comes to the attention of the Court upon report by the probation officer that the defendant voluntarily signed a Waiver of Hearing to Modify Conditions of Probation and thereafter, failed to communicate with his probation officer for further instructions. As a result, upon request by the probation officer, a warrant was subsequently issued and executed. The Court, having been advised that the waiver form has now been signed by defense counsel, with no objections from the government, hereby

ORDERS the probation violation proceedings dismissed. The probation violation hearing scheduled for Tuesday, June 23, 2009, at 10:00 a.m., is vacated, and the defendant's probation is reinstated under the originally imposed conditions. It is

FURTHER ORDERED that the defendant shall reside in an approved Residential Reentry Center (RRC) up to a maximum period of 180 days, to commence as directed by the Probation Office, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Office if the defendant is determined to be in full compliance with all conditions of supervision.

DATED at Denver, Colorado, this 22d day of June, 2009.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND, Magistrate Judge
United States District Court

2